IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MATTHEW CLYDE CASTEELE,

        Plaintiff,

v.                              CIVIL ACTION NO.   3:15-13842

WEST VIRGINIA REGIONAL JAIL AND
CORRECTIONAL FACILITY AUTHORITY, et al.,

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the complaint be dismissed, without prejudice, and this matter be removed from the docket of the Court.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.  The Court notes that the Proposed Findings and Recommendation sent to Plaintiff was returned marked "Return to Sender, No Longer in this Facility."   Plaintiff has not provided a forwarding address.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that the complaint be **DISMISSED**, **without prejudice**, and this matter be removed from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

          ENTER:      May 24, 2016

          _____
          ROBERT C. CHAMBERS, CHIEF JUDGE